AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

v.

WILFREDO ANDUJAR-GUZMAN

**APPEARANCE**

CASE NUMBER: 97-132(DRD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Sonia Torres be terminated.

November 16, 2004
*Date*

/s/ *George A. Massucco*
*Signature*

*GEORGE A. MASSUCCO, AUSA*
*Print Name*

*Room 1201, Torre Chardon,*
*350 Carlos Chardon Street*
*Hato Rey, Puerto Rico 00918*
*Address*

*(787) 766-5656*
Phone Number
george.massucco@usdoj.gov
E-mail Address

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date November 16, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all the parties.

/s/ *George A. Massucco*
George A. Massucco, AUSA
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: george.massucco@usdoj.gov